STATE OF KANSAS, *Appellee,* v. ALLEN BYBEE, *Appellant.*

No. 48,111

Opinion filed June 12, 1976.

*Stephen W. Boyda,* of Marysville, argued the cause and was on the brief for the appellant.

*Tom M. Reeves,* county attorney, argued the cause, and *Curt T. Schneider,* attorney general, was with him on the brief for the appellee.

KAUL, J. Affirmed.

STATE OF KANSAS, *Appellee,* v. KENNETH DARREL JACKSON, a/k/a JESSE JACKSON, *Appellant.*

No. 48,329

Opinion filed November 6, 1976.

*Ronald S. Shalz,* of Cooper and Shalz, of Colby, argued the cause, and *Gary E. Cooper,* of the same firm was with him on the brief for the appellant.

*Perry Warren,* county attorney, argued the cause, and *Curt T. Schneider,* attorney general, was with him on the brief for the appellee.

HARMAN, C. Affirmed.